CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ANA M. MENDEZ-VILLAMIL (SBN 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

*Attorneys for Plaintiff*
*Moon Active, Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOON ACTIVE, LTD., an Israeli limited liability company, | Case No. 5:25-cv-10898-NW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM** |
| v. | |
| CENTURY GAMES PTE LTD., a Singapore corporation, | |
| Defendant. | |

Pursuant to Civil Local Rule 6-2(a), Plaintiff Moon Active Ltd. ("Plaintiff") and Defendant Century Games PTE Ltd. ("Defendant"), by through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on December 22, 2025, Plaintiff filed its Complaint (Dkt. No.1);

WHEREAS, on February 9, 2026, Defendant, a foreign corporation, waived service of a summons in this action (Dkt. No. 12);

WHEREAS, the parties previously stipulated to extend Defendant's time to answer or otherwise respond to the Complaint from May 4, 2026 to May 11, 2026;

WHEREAS, on May 11, 2026, Defendant filed its Answer to Plaintiff's Complaint and Counterclaim against Plaintiff (Dkt. No. 26);

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(B), Plaintiff's response to the Counterclaim is currently due on or before June 1, 2026;

WHEREAS, good cause exists for the requested extension because the Counterclaim raises claims and allegations that require sufficient time to review, investigate, and respond to;

WHEREAS, the parties have agreed that Plaintiff may extend its time to answer or otherwise respond to the Counterclaim to June 29, 2026.

WHEREAS, the Case Management Conference is scheduled for July 21, 2026.

WHEREAS, the extension will not alter the date of any event or deadline already fixed by order of the Court;

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE THAT, pursuant to Civil Local Rule 6-2(a), Defendant's deadline to answer or otherwise respond to the Counterclaim is extended to June 29, 2026.

Dated: May 27, 2026                      ORRICK, HERRINGTON & SUTCLIFFE LLP


                                         By: _/s/ Nathan Shaffer_

CLEMENT SETH ROBERTS (BAR NO. 209203)
croberts@orrick.com
NATHAN SHAFFER (BAR NO. 282015)
nshaffer@orrick.com
ANA M. MENDEZ-VILLAMIL
(BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759
Attorneys for Plaintiff
Attorneys for Plaintiff
Moon Active, Ltd.,

*Attorneys for Plaintiff*
Moon Active, Ltd.

Dated: May 27, 2026                          KEKER, VAN NEST & PETERS LLP

By: */s/ Montae Langston*

MICHELLE YBARRA - # 260697
mybarra@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
MONTAE LANGSTON - # 354438
mlangstonlondon@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

*Attorneys for Defendant*
Century Games Pte Ltd.

The above stipulated extension of time is GRANTED.  Plaintiff Moon Active Ltd. shall respond to Defendant's counterclaim by June 29, 2026.

**IT IS SO ORDERED.**

Dated: __May 28, 2026__

_____
Hon. Judge Noël Wise
United States District Judge